**Judge Pauley**

2-180144

07 CV 6951

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
CMA-CGM (AMERICA), INC.,

                Plaintiff,

  - against -

BELSUN CORP.,

                Defendant.
------------------------------------------------X

CIVIL COMPLAINT
IN ADMIRALTY

AUG 02 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Plaintiff CMA-CGM (AMERICA), INC., by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant BELSUN CORP., in personam, in a cause of action civil and maritime, alleges upon information and belief:

    1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq.

    2. At all times hereinafter mentioned, plaintiff CMA-CGM (AMERICA), INC. was and still is a corporation organized and existing under the laws of the State of New Jersey with offices and a place of business at 5801 Lake Wright Drive, Norfolk, VA 23320.

    3. Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business as set forth in Schedule A.

    4. On or about the dates and at the ports of shipment stated in Schedule A, certain good were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's published tariff, all as set forth in Schedule A.

    5. Thereafter, the goods were carried to the ports of destination and delivered to the consignee and/or its agents.

6. Plaintiff has performed all acts required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and refuse to remit payment of $6,432.00, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $6,432.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of $6,432.00, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
August 2, 2007

          LAW OFFICES OF
          ALBERT J. AVALLONE & ASSOCIATES

By _____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
CMA-CGM (AMERICA), INC.
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

I. Defendant's status & address:

    A. Upon information and belief and at all times hereinafter mentioned, defendant BELSUN CORP. was and still is a corporation organized and existing under the laws of the State of New York, with offices and a place of business at 237 West 37th St., Suite 802, New York, NY 10018.

II. Particulars:

    1. Bill of Lading No. NA1070806, dated June 25, 2005, from Norfolk to Nhava Sheva on the Vessel INDAMEX COLORADO, three (3) forty-foot containers SAID TO CONTAIN: WASTE PAPER, at the applicable tariff charge of $2,807.00 (Exhibit A).

Amount Paid: $0                          Amount Due: $2,807.00

    2. Bill of Lading No. NA1073523, dated July 12, 2005, from Norfolk to Nhava Sheva on the Vessel INDAMEX GODAVARI, two (2) forty-foot containers SAID TO CONTAIN: WASTE PAPER, at the applicable tariff charge of $6,240.00 (Exhibit B).

Amount Paid: $2,615.00                Amount Due: $3,625.00

II. Total Amount Due: $6,432.00

# BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

**SHIPPER/EXPORTER (2)**
BELSUN CORP
237 WEST 37TH STREET
SUITE # 802
NEW YORK, NY 10018

**DOCUMENT NO (5)**
NAM179000/E1    NA1070906

**EXPORT REFERENCES (6)**
7704 OE-5348

**CONSIGNEE (3) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
TO ORDER

**FORWARDING AGENT - REFERENCES (7)**
ABX LOGISTICS
1885 55TH AVE #102
DORVAL, QUEBEC H9P 1G9
CHB: 12132
FMC: 769

**POINT AND COUNTRY OF ORIGIN (8)**

**NOTIFY (4)**
GAUTAM ENTERPRISES
C-7/57-58-59, "MRIGASIR"
OPP. ADVANCE COMPLEX
NH. NO. 8, GIDC, VAPI 396195
GUJARAT, INDIA

**DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9)**

**PIER/TERMINAL (10)**
NORFOLK INTERNATIONAL TERMINAL

**COMBINED TRANSPORT PRECARRIAGE FROM (10A)**

**VESSEL (11)**
INDAMEX COLORADO
IN140E

**PORT OF LOADING (12)**
NORFOLK, VA

**COMBINED TRANSPORT - ONWARD CARRIAGE (15)**

**PORT OF DISCHARGE FROM VESSEL (13)**
NHAVA SHEVA

**FOR TRANSHIPMENT TO (14)**

NAGPUR

---

**CARRIER'S RECEIPT** — **PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE**

| MARKS AND NUMBERS (16) | NO. of PKGS. (17) | DESCRIPTION OF GOODS (18) SHIPPERS STOW LOAD AND COUNT | GROSS WEIGHT (19) | MEASUREMENT (20) |
|---|---|---|---|---|
| CLHU9525626 | 34 BALES | 3 x 40' FT CONTAINER | 25.038 MT | |
| ECMU9162009 | 33 BALES | WASTE PAPER | 23.948 MT | |
| ECMU9233931 | 35 BALES | | 25.066 MT | |

FREIGHT PREPAID
ON BOARD VESSEL
10 DAYS FREE CONTAINER RENTAL AT
FINAL DESTINATION
CTN # 134143102 - 7704

Shipped on Board INDAMEX COLORADO ...
CMACGM America As agent for the Carrier
See Arbitration Clauses
FREIGHT TO BE ...

**DRAFT**

SHIPPERS DECLARED VALUE
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 16 OF THIS BL

All actions against the Carrier under the contract of Carriage evidenced by this Bill of Lading shall be brought before the Tribunal de Commerce of Marseilles and no other Court shall have jurisdiction with regards to any such action.

**FREIGHT CHARGES (See clause 10 and 20)**

| | | |
|---|---|---|
| BASIC FREIGHT | USD | 2880.00 P |
| BL Fees Export | USD | 25.00 P |
| Ocean Carrier-Int Ship & port | USD | 18.00 P |
| Emergency Bunker Surcharge, EB | USD | 732.00 P |
| Postage charges | USD | 18.00 P |
| Change of destination(at sea) | USD | 3907.00 P |
| Terminal handl. ch destinado | INR | 26430.00 C |
| On carriage haulage | INR | 79965.00 C |

**IN WITNESS WHEREOF THREE (3)**
Bills of Lading all of like tenor, have been executed, ONE of which being accomplished, the other shall stand void.

DAY MONTH YEAR
25-JUN-05

BL/No. CMDU NA1070906

Signed for the Carrier CMA CGM SA by
CMA CGM (AMERICA) INC as agent for the Carrier

DECLARED VALUE CHARGES (See Clause 10)
HARBOR TAX/LIGHTERAGE
TOTAL $

By

(Continued on reverse side)

**EXHIBIT "A"**

# BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

| SHIPPER/EXPORTER (2) | DOCUMENT NO (5) |
|---|---|
| BELSUN CORP<br>237 WEST 37TH STREET<br>SUITE # 800<br>NEW YORK, NY 10018 | NAM179000/91                      NA1679806<br>EXPORT REFERENCES (6)<br>7704 OE-5348 |

| CONSIGNEE (3)(NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT - REFERENCES (7) |
|---|---|
| TO ORDER | ABX LOGISTICS<br>1985 55TH AVE #100         CHB: 12132<br>DORVAL, QUEBEC H9P 1G9    FMC: 769 |
| | POINT AND COUNTRY OF ORIGIN (9) |

| NOTIFY (4) | DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9) |
|---|---|
| GAUTAM ENTERPRISES<br>C-7/57-58-59, "MRIGASIR"<br>OPP. ADVANCE COMPLEX<br>NH. NO. 8, GIDC, VAPI 396195<br>GUJARAT, INDIA | |

| PIER/TERMINAL (10) | COMBINED TRANSPORT PRECARRIAGE FROM (10A) | |
|---|---|---|
| NORFOLK INTERNATIONAL TERMINAL | - | |
| VESSEL (11)<br>INDAMEX COLORADO<br>IN140E | PORT OF LOADING (12)<br>NORFOLK, VA | COMBINED TRANSPORT - ONWARD CARRIAGE (15) |
| PORT OF DISCHARGE FROM VESSEL (13)<br>NHAVA SHEVA | FOR TRANSHIPMENT TO (14)<br>NAGPUR | |

| CARRIER'S RECEIPT | | PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE | | |
|---|---|---|---|---|
| MARKS AND NUMBERS (16) | NO. of PKGS. (17) | DESCRIPTION OF GOODS (18)<br>SHIPPERS STOW LOAD AND COUNT | GROSS WEIGHT (19) | MEASUREMENT (20) |

SHIPPERS DECLARED VALUE
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 10 OF THIS B/L

| FREIGHT CHARGES (See clause 10 and 20) | | | IN WITNESS WHEREOF THREE (3) |
|---|---|---|---|
| TOTAL COLLECT | INR | 108365.00 C | Bills of Lading all of this tenor, have been executed, ONE of which being accomplished, the other shall stand void. |
| TOTAL PREPAID | USD | 6447.00 P | |

DAY   MONTH   YEAR         B/L/No:
                            CMDU
25-JUN-05                   NA1679806

Signed for the Carrier CMA CGM SA by
CMA CGM (AMERICA) INC as agent for the Carrier

DECLARED VALUE CHARGES (See Clause 10)
HARBOR TAX/LIGHTERAGE

TOTAL $                     By_____

(Continued on reverse side)

Clause Rider
Sheet 3 of 3

Bill Of Lading # NA1570806
Booking # NAM1790001
Shipper     DELSUN CORP
Consignee   TO ORDER

* SHIPPERS STOW LOAD AND COUNT / FCL
TERMINAL/CONTAINER HANDLING CHARGES AND DESTUFFING CHARGES AT DESTINATION AS PER LINE'S TARIFF FOR CONSIGNEE'S ACCOUNT
CONTAINER RENTAL / DETENTION AND GROUND RENT CHARGES AS PER IPBC - MRA / PORT TRUST TARIFF.
ANY FINES/ADDITIONAL EXPENSES SUCH AS BUT NOT LIMITED TO CONTAINER DETENTION CHARGES OR PORT STORAGES INCURRED AT POD BEFORE FINAL TRANSFER TO FPD, DUE TO IMPROPER CARGO DESCRIPTION OR NON SUBMISSIONS OF REQUESTED DOCUMENTS WILL BE ON ACCOUNT OF THE CARGO.
STAMP DUTY ON DELIVERY ORDERS AND ADMINISTRATIVE CHARGES THEREON FOR RECEIVER'S ACCOUNT.
UNLESS THE VALUE OF CARGO IS DECLARED ON THE FACE OF THIS BILL OF LADING OR WAYBILL IN THE CONDITIONS SET FOR ON THE REVERSE, LIMITATION OF LIABILITY IN RESPECT OF LOSS OR DAMAGE TO GOODS SHALL NOT EXCEED USD 500.00 PER PACKAGE, OR CUSTOMARY FREIGHT UNIT IF GOODS ARE NOT SHIPPED IN PACKAGE.
FOR THE PURPOSE OF THE PRESENT CARRIAGE, CLAUSE 14(2) SHALL EXCLUDE THE APPLICATION OF THE YORK/ANTWERP RULES, 2004.

(Continued on reverse side)

Case 1:07-cv-06951-WHP   Document 1   Filed 08/02/2007   Page 7 of 9

# BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

**SHIPPER/EXPORTER (2)**
BELSON CORP
237 WEST 37TH STREET
SUITE # 802
NEW YORK, NY 10018

**DOCUMENT NO (5)**
NAM179209/07

**EXPORT REFERENCES (6)**
7704 OE-6348

NA1073523

**CONSIGNEE (3) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
TO ORDER.

**FORWARDING AGENT - REFERENCES (7)**
ABX LOGISTICS
1985 55TH AVE #100
DORVAL, QUEBEC H9P 1G9

CHB: 12132
FMC: 708

**POINT AND COUNTRY OF ORIGIN (8)**

**NOTIFY (4)**
GAUTAM ENTERPRISES
C-707-58-59, " MR/GASIR"
OPP. ADVANCE COMPLEX
NH. NO. 8, GIDC, VAPI 396195
GUJARAT, INDIA

**DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9)**

**PIER/TERMINAL (10)**
NORFOLK INTERNATIONAL TERMINAL

**COMBINED TRANSPORT PRECARRIAGE FROM (10A)**
-

**VESSEL (11)**
INDAMEX GODAVARI
1N1466

**PORT OF LOADING (12)**
NORFOLK, VA

**COMBINED TRANSPORT - ONWARD CARRIAGE (15)**

**PORT OF DISCHARGE FROM VESSEL (13)**
NHAVA SHEVA

**FOR TRANSHIPMENT TO (14)**
NAGPUR

| CARRIER'S RECEIPT MARKS AND NUMBERS (16) | NO. of PKGS. (17) | PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE DESCRIPTION OF GOODS (18) SHIPPERS STOW LOAD AND COUNT | GROSS WEIGHT (19) | MEASUREMENT (20) |
|---|---|---|---|---|
| CLHU8321668 ECMU9156054 | 29 BALES 29 BALES | 2 x 40' FT CONTAINER<br>WASTE PAPER<br><br>FREIGHT PREPAID<br>ON BOARD VESSEL<br>10 DAYS FREE CONTAINER RENTAL AT<br>FINAL DESTINATION<br>XTN # 136143103 - 7704<br><br>Shipped on Board INDAMEX GODAVARI 12-JUL-2005<br>CMACGM America as Carrier<br>See Attached Rider for Clauses<br>FREIGHT TO BE PREPAID | 26.390 MT<br>25.147 MT | |

DRAFT

SHIPPERS DECLARED VALUE
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE III OF THIS BL

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

If the Pre-Carriage or Onward Carriage boxes are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are taken in charge to the place designated for their delivery and assumes full liability for such transport as per clause 15.

RECEIVED in external good order and condition, except as otherwise indicated herein, the number of packages listed in the Carriers Receipt, said to contain the goods described in the Particulars Furnished by Shipper (contents, weight and measurement unknown to Carrier) to be transported to the port of discharge, or to such other place authorized or permitted herein as near thereto as the vessel can get, lie and leave, always in safety and without delay, and them to be delivered to consignee, or authorized receiver, on on carrier on payment of all charges due thereon.

All actions against the Carrier under the contract of Carriage evidenced by this Bill of Lading shall be brought before the [Tribunal de Commerce] of Marseilles and no other Court shall have jurisdiction with regards to any such action.

| FREIGHT CHARGES (See clause 10 and 20) | | | |
|---|---|---|---|
| BASIC FREIGHT | USD | 4750.00 | P |
| BL Fees Export | USD | 25.00 | P |
| Ocean Carrier-Intl Ship & port | USD | 30.00 | P |
| Emergency Bunker Surcharge, EB | USD | 1220.00 | P |
| Roll over fees | USD | 100.00 | P |
| Postage charges | USD | 15.00 | P |
| Change of destination(at sea) | USD | 100.00 | P |
| On carriage haulage | INR | 65030.00 | C |

**DECLARED VALUE CHARGES (See Clause 10)**
HARBOR TAX/LIGHTERAGE

**TOTAL $**

IN WITNESS WHEREOF  THREE (3)
Bills of Lading all of like tenor, have been executed, ONE of which being accomplished, the others shall stand void.

| DAY | MONTH | YEAR | BL No. CMDU |
|---|---|---|---|
| 12-JUL-05 | | | NA1073523 |

Signed for the Carrier CMA CGM SA by
CMA CGM (AMERICA) INC as agent for the Carrier

By_____

(Continued on reverse side)



EXHIBIT "B"

# BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

| Field | Content |
|---|---|
| SHIPPER/EXPORTER (2) | BELJUN CORP<br>207 WEST 37TH STREET<br>SUITE # 502<br>NEW YORK, NY 10018 |
| DOCUMENT NO (5) | SAV17900052 / NA1073520 |
| EXPORT REFERENCES (6) | 7704-QF-5345 |
| CONSIGNEE (3) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | TO ORDER |
| FORWARDING AGENT - REFERENCES (7) | ABX LOGISTICS<br>1605 55TH AVE #100<br>DORVAL, QUEBEC H9P 1G5<br>CHB: 12132  FMC: 703 |
| NOTIFY (4) | GAUTAM ENTERPRISES<br>C-7-57-58-59, "WEIGASIR"<br>OPP. ADVANCE COMPLEX<br>NR. NO. 8, GIDC VATI 396195<br>GUJARAT, INDIA |
| PIER/TERMINAL (10) | NORFOLK INTERNATIONAL TERMINAL |
| COMBINED TRANSPORT PRECARRIAGE FROM (10A) | - |
| VESSEL (11) | INDAMEX GODAVARI IN 140E |
| PORT OF LOADING (12) | NORFOLK, VA |
| COMBINED TRANSPORT - ONWARD CARRIAGE (15) | |
| PORT OF DISCHARGE FROM VESSEL (13) | NHAVA SHEVA |
| FOR TRANSHIPMENT TO (14) | NAGPUR |

| MARKS AND NUMBERS (16) | NO. OF PKGS. (17) | DESCRIPTION OF GOODS (18)<br>SHIPPERS STOW LOAD AND COUNT | GROSS WEIGHT (19) | MEASUREMENT (20) |
|---|---|---|---|---|
| | | | | |

SHIPPER'S LOAD AND COUNT
SUBJECT TO U.S. LAWS — Export of these goods is subject to the U.S. Export Administration Regulations. Diversion contrary to U.S. law prohibited.

FREIGHT CHARGES (See clause 15 and 20)
TOTAL COLLECT  USD  $5000.00
TOTAL PREPAID  USD  $341.00

IN WITNESS WHEREOF, THREE (3) Bills of Lading of this tenor have been issued, ONE of which being accomplished, the others shall stand void.

DAY  MONTH  YEAR
12-JUL-05   NA1073523

Signed for the Carrier CMA CGM SA by
CMA CGM (AMERICA) INC. as agent for the carrier

DECLARED VALUE CHARGES (See Clause 12)
HARBOR TAX/OTHERAGE

By _____
(Continued on reverse side)

**Clause Rider**

Sheet 3 of 3

| | |
|---|---|
| Bill Of Lading # | NA1073523 |
| Booking # | NAM179000/02 |
| Shipper | BELSUN CORP |
| Consignee | TO ORDER |

SHIPPERS STOW, LOAD AND COUNT / / FCL

TERMINAL/CONTAINER HANDLING CHARGES AND DESTUFFING CHARGES AT DESTINATION AS PER LINE'S TARIFF FOR CONSIGNEE'S ACCOUNT

CONTAINER RENTAL / DETENTION AND GROUND RENT CHARGES AS PER IPBC - MRA / PORT TRUST TARIFF.

ANY FINES/ADDITIONAL EXPENSES SUCH AS BUT NOT LIMITED TO CONTAINER DETENTION CHARGES OR PORT STORAGES INCURRED AT FCD BEFORE FINAL TRANSFER TO FPD, DUE TO IMPROPER CARGO DESCRIPTION OR NON SUBMISSIONS OF REQUESTED DOCUMENTS WILL BE ON ACCOUNT OF THE CARGO.

STAMP DUTY ON DELIVERY ORDERS AND ADMINISTRATIVE CHARGES THEREON FOR RECEIVER'S ACCOUNT.

IN CASE OF INLAND MOVEMENT OF GOODS FROM THE DISCHARGE PORT, CONSIGNEE IS REQUIRED TO PRODUCE INVOICE COPY TO THE SHIPS AGENTS AT PORT OF DISCHARGE THREE DAYS PRIOR VESSEL'S ARRIVAL, IN ORDER TO COMPLY WITH THE INDIAN CUSTOMS REQUIREMENTS. ALL COSTS, CONSEQUENCES AND EXPENSES ARISING OUT OF DELAY IN PRODUCTION/ NON PRODUCTION OF INVOICE TO THE SHIPS AGENT SHALL BE ON ACCOUNT OF CONSIGNEE AND THE GOODS SHALL REMAIN AT THE DISCHARGE PORT AT THE RISK AND EXPENSE OF THE CONSIGNEE.

UNLESS THE VALUE OF CARGO IS DECLARED ON THE FACE OF THIS BILL OF LADING OR WAYBILL IN THE CONDITIONS SET FOR ON THE REVERSE, LIMITATION OF LIABILITY IN RESPECT OF LOSS OR DAMAGE TO GOODS SHALL NOT EXCEED USD 500.00 PER PACKAGE, OR CUSTOMARY FREIGHT UNIT IF GOODS ARE NOT SHIPPED IN PACKAGE

FOR THE PURPOSE OF THE PRESENT CARRIAGE, CLAUSE 14(2) SHALL EXCLUDE THE APPLICATION OF THE YORK/ANTWERP RULES, 2004.

(Continued on reverse side)