# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

No. 07 CV 6951

CMA-CGM (AMERICA), INC.,

Plaintiff,

-against-

BELSUN CORP.

Defendants.

State Of New York, County of New York SS:
**JAMES CAGNEY**
Being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides in New York.

That on the 8TH day of AUGUST 2007, At 4:45 PM

At: 237 WEST 37TH STREET, SUITE 507, NEW YORK, NEW YORK 10018

Deponent served the Annexed: **SUMMONS IN A CIVI CASE & CIVIL COMPLAINT IN ADMIRALTY**

Upon: **BELSUN CORP.,**

### PERSONAL SERVICE ON A CORPORATION

A corporation, by delivering thereat a true copy to **SAN JAY KEDIA (VICE PRESIDENT)** personally; who stated, that he is the said individual to be *Authorized To Accept Service* thereof.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **BROWN** Hair: **BLACK** App. Age: **40** App.Ht: **5'5"** App. Wt. **135**
Other identifying features:

Sworn to before me this 9TH
day of AUGUST 2007

JAMES CAGNEY 124-0081

JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, 2008