SANDDEEP CHATRATH *
―――――――――
*Admitted in N.Y. and MA

**The CHATRATH Law Firm, P.C.**

OF COUNSEL
GARY S. PASRICHA +
―――――――――
+ Admitted in N.Y. and N.J.
NEW JERSEY OFFICE
1794 OAK TREE ROAD
EDISON, NJ 08820

494 EIGHTH AVENUE, SUITE 505 • NEW YORK, NEW YORK 10001
TEL: (212) 268-2920 • FACSIMILE (212) 268-2921
Law@ChatrathLaw.com

August 23, 2007

**Via Electronic Filing Only**
Honorable William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re:   CMA-CGM (AMERICA), INC. v. BELSUN, CORP.
      Index Number: 06 Civ 6951 (Judge Pauley)
      Our Reference: L-1637

Honorable Sir:

My law firm has been retained to represent the defendant in this matter.

I write this correspondence to request an extension of time to respond to the complaint in this action.

Counsel for the plaintff, Albert J. Avallone, Esq., of the Law Offices of Albert J. Avallone & Associates, has stipulated (copy attached) to an extension of time up to and including September 21, 2007. As such, please it is requested that the Court grant this letter application.

Thank you for your courtesies herein. Should you have any questions and/or concerns, please do not hesitate to contact the undersigned.

Very truly yours,
THE CHATRATH LAW FIRM, P.C.

*Sanddeep Chatrath*

By: Sanddeep Chatrath

SC/ca
Encs.
cc:   Law Offices of Albert J. Avallone & Associates - via first class mail

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X  Index No.: 6951/07

CMA-CGM (AMERICA), INC.,

        Plaintiff,                                                                    STIPULATION
                                                                                                      EXTENDING TIME TO
    -against-                                                                             ANSWER

BELSUN CORP.,

        Defendant,
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the parties hereto, that Defendant's time to interpose an answer, in relation to the matter herein, is hereby extended to 21st day of September, 2007.

    This stipulation may be signed in counterparts and facsimile signatures shall be treated as originals.

DATED:    New York, New York        New York, New York
                August 20, 2007               August 22, 2007

THE CHATRATH LAW FIRM, P.C.    LAW OFFICES OF ALBERT J. AVALLONE &
Attorneys for Defendants                     ASSOCIATES
                                          Attorneys for Plaintiff

By: Sanddeep Chatrath, Esq.          By: Albert J. Avallone - AA1679
494 Eight Avenue, Suite 505           551 Fifth Avenue - Suite 1625
New York, New York 10001            New York, New York 10176
(212) 268-2920                           (212) 696-1760