PAULEY, J.

08/22/2007 15:53  2126961873  AVALLONE & ASSOC  PAGE 02
AUG-20-2007 17:43

AUG 29 2007
CHAMBERS OF
WILLIAM H. PAULEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X  Index No.: 6951/07
CMA-CGM (AMERICA), INC.,

    Plaintiff,

    -against-

BELSUN CORP.,

    Defendant.
------------------------------------X

STIPULATION
EXTENDING TIME TO
ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the parties hereto, that Defendant's time to interpose an answer, in relation to the matter herein, is hereby extended to 21st day of September, 2007.

This stipulation may be signed in counterparts and facsimile signatures shall be treated as originals.

DATED:    New York, New York        New York, New York
            August 20, 2007          August 22, 2007

THE CHATRATH LAW FIRM, P.C.    LAW OFFICES OF ALBERT J. AVALLONE &
Attorneys for Defendants           ASSOCIATES
                                         Attorneys for Plaintiff

By: Sanddeep Chatrath, Esq.       By: Albert J. Avallone - AA1679
494 Eight Avenue, Suite 505        581 Fifth Avenue - Suite 1625
New York, New York 10001          New York, New York 10176
(212) 268-2920                          (212) 696-1760

**SO ORDERED:**

_/s/ William H. Pauley_
U.S.D.J.
William H. Pauley III
8/31/07

TOTAL P.02