UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X   Index No.: 07CIV6951
CMA-CGM (AMERICA), INC.,

                 Plaintiff(s),                                **ANSWER TO COMPLAINT**
                                                     **WITH**
   - against-                                                         **AFFIRMATIVE DEFENSES**

BELSUN CORP.,

                Defendant(s),

-------------------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure defendant, by its attorneys, The Chatrath Law Firm, P.C., states that it has no parent companies and no publicly held companies own 10% or more of its stock.

DATED:    New York, New York
              September 21, 2007

                                                     Yours, etc.,
                                                     THE CHATRATH LAW FIRM, P.C.
                                                     Attorneys for Defendant

                                                     By: _____/S/_____
                                                     Sanddeep Chatrath (SC 0843)
                                                     494 Eighth Avenue, Suite 505
                                                   New York, New York 10001
                                                   Telephone: (212) 268-2920
                                                   Our File No.: L-1637

TO:    Law Offices of Albert J. Avallone & Associates
         Attorneys for Plaintiff
         551 Fifth Avenue, Suite 1625
         New York, New York 10176
         Telephone: (212) 696-1760

**CERTIFICATION**

I hereby certify that on September 21, 2007, I caused a copy of the within Rule 7.1 Statement to be served upon:

Law Offices of Albert J. Avallone & Associates
Attorneys for Plaintiff
551 Fifth Avenue, Suite 1625
New York, New York 10176

By depositing a true copy of same securely enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

Dated: New York, New York
September 21, 2007

/S/
Sanddeep Chatrath (SC0843)