UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X    Index No.: 07CIV6951
CMA-CGM (AMERICA), INC.,

               Plaintiff(s),   **ANSWER TO COMPLAINT WITH AFFIRMATIVE DEFENSES**

    - against-

BELSUN CORP.,

               Defendant(s),

-------------------------------------------------------------------------------X

     Defendant by its attorneys, The Chatrath Law Firm, P.C., respectfully responds to the plaintiff's complaint as follows:

     1.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "1" of the complaint, and respectfully refers all questions of law to the Court.

     2.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "2" and "5" of the complaint.

     3.    Admit the allegations contained in paragraph "3" of the complaint.

     4.    Denies each and every allegation contained in paragraphs "4", "6", "7" and "8" of the complaint.

AS AND FOR A FIRST, SEPARATE<br>AND COMPLETE AFFIRMATIVE DEFENSE

     5.    The complaint fails to state a cause of action upon which relief can be granted as against the defendant.

The Chatrath Law Firm, P.C.
494 Eighth Avenue, Suite 505
New York, New York 10001
(212) 268-2920

**AS AND FOR A SECOND, SEPARATE<br>AND COMPLETE AFFIRMATIVE DEFENSE**

6. The plaintiff's action is barred by the Parole Evidence Rule.

**AS AND FOR A THIRD, SEPARATE<br>AND COMPLETE AFFIRMATIVE DEFENSE**

7. The plaintiff's action is barred due to plaintiff's breach of its duties to defendant.

**AS AND FOR A FOURTH, SEPARATE<br>AND COMPLETE AFFIRMATIVE DEFENSE**

8. Plaintiff's action is barred by the doctrine of accord and satisfaction.

**AS AND FOR A FIFTH, SEPARATE<br>AND COMPLETE AFFIRMATIVE DEFENSE**

9. The plaintiff's action is barred due to defendant previously paying the plaintiff for the sums services provided and as alleged in the complaint. has failed to mitigate its damages.

**AS AND FOR A SIXTH, SEPARATE<br>AND COMPLETE AFFIRMATIVE DEFENSE**

10. Any failure by defendant to perform obligations under the agreement (which, in any event, is denied) is excused by plaintiff's failure to perform its own obligations to the defendant, which obligations were conditions precedent to performance by defendant.

**AS AND FOR A NINTH, SEPARATE<br>AND COMPLETE AFFIRMATIVE DEFENSE**

11. Any losses suffered by Plaintiff were not caused, either directly or indirectly, by the acts or omissions of defendant.

The answering defendant reserves the right to assert any and all additional defenses and/or counterclaims which may become available or apparent during discovery or trial.

**WHEREFORE,** the answering defendant demands judgment dismissing the complaint, together with the costs and disbursements of this action.

DATED:    New York, New York
          September 21, 2007

                                                  Yours, etc.,
                                                  THE CHATRATH LAW FIRM, P.C.
                                                  Attorneys for Defendant

                                                  By: _____/S/_____
                                                  Sanddeep Chatrath (SC 0843)
                                                  494 Eighth Avenue, Suite 505
                                                  New York, New York 10001
                                                  Telephone: (212) 268-2920
                                                  Our File No.: L-1637

TO:    Law Offices of Albert J. Avallone & Associates
       Attorneys for Plaintiff
       551 Fifth Avenue, Suite 1625
       New York, New York 10176
       Telephone: (212) 696-1760

**CERTIFICATION**

    I hereby certify that on September 21, 2007, I caused a copy of the within Answer to Complaint with Affirmative Defenses to be served upon:

    Law Offices of Albert J. Avallone & Associates
    Attorneys for Plaintiff
    551 Fifth Avenue, Suite 1625
    New York, New York 10176

By depositing a true copy of same securely enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

Dated: New York, New York
         September 21, 2007

                                                      /S/
                                                      Sanddeep Chatrath (SC0843)

The Chatrath Law Firm, P.C.
494 Eighth Avenue, Suite 505
New York, New York 10001
(212) 268-2920