LAW OFFICES OF
# ALBERT J. AVALLONE & ASSOCIATES
551 Fifth Avenue, Suite 1625   NEW YORK, NEW YORK 10176
PHONE: 212-696-1760      FAX: 212-696-1873

November 15, 2007

**BY TELEFAX (212) 805-6390**

Honorable William H. Pauley, III, D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

*[Stamp: NOV 14 2007 CHAMBERS OF WILLIAM H. PAULEY]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 11/19/2007]*

Re: CMA-CGM (America), Inc.
    v. Belsun Corp.
    Our File: 2-180144   07 CIV. 6951

Honorable Sir:

   We are the attorneys for plaintiff in the referenced matter. <u>We write, with the consent of defendant's counsel, to request a 30 day adjournment of tomorrow's conference.</u>

   The parties believe the matter can be resolved based on evidence just received yesterday. Defendant's counsel is at present in India. Both parties have been actively exchanging information, and expect to reasonably come to a conclusion prior to the 30 days requested.

Very truly yours,

ALBERT J. AVALLONE & ASSOCIATES

*[signature]*
Albert J. Avallone

AJA:dm

cc:   By Telefax (212) 268-2921
      The Chatrath Law Firm, P.C.
      Attention: Sandeep Chatrath, Esq.

*[Handwritten: Application granted. The conference is adjourned until December 14, 2007 at 10:00 a.m.]*

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
11/19/2007