UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CMA-CGM (AMERICA), INC.,

          Plaintiff,

- against -

BELSUN CORP.,

          Defendant.
----------------------------------------X

07 Civ. 6951 (WHP)

**STIPULATION AND ORDER OF SETTLEMENT**

IT IS STIPULATED, ORDERED AND AGREED by and between the attorneys for plaintiff and the attorneys for defendant that the above captioned matter be and hereby is dismissed, with prejudice and without costs as to each party against the other, subject to reopening by either party on or before January 15, 2008 should the settlement not be consummated.

Dated: New York, New York
      December 13, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By: _____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
CMA-CGM (AMERICA), INC.
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

The Clerk of Court is directed to mark this case closed.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
12/13/2007

THE CHATRATH LAW FIRM, P.C

By _____
Sanddeep Chatrath – SC0843
Attorneys for Defendant
BELSUN CORP.
494 Eighth Avenue, Suite 505
New York, NY 10001
(212) 268-2920

SO ORDERED:

_____
U.S.D.J.